UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIVE MEDIA GROUP LLC,<br><br>　　　　Defendant. | CASE NO. 3:20-CV-02184-DMS-JLB<br><br>The Honorable Dana M. Sabraw<br>Courtroom:　13A<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Waiver Requested:　　12/3/2020<br>Current Response Date: 02/01/2021<br>New Response Date:　　03/03/2021 |

Mitchell Silberberg & Knupp LLP

12824769.1

CASE NO. 3:20-CV-02184-DMS-JLB
**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1    The Court, having considered the Joint Motion to Extend Time to Respond to
2  Complaint entered into by and between Plaintiff Larry G. Philpot and Defendant
3  Hive Media Group LLC ("Hive"), through their respective counsel of record, and
4  the Court having approved of the Joint Motion for good cause shown,

6    **IT IS HEREBY ORDERED:**

8    The time for Hive to answer, move against, or otherwise respond to the
9  Complaint is extended until March 3, 2021.

Dated: January 29, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court