# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HIVE MEDIA GROUP LLC,<br><br>　　　　Defendant. | CASE NO. 3:20-CV-02184-DMS-JLB<br><br>The Honorable Dana M. Sabraw<br>Courtroom:　13A<br><br>**ORDER GRANTING SECOND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Waiver Requested:　　12/3/2020<br>Current Response Date:　03/03/2021<br>New Response Date:　　04/02/201 |

The Court, having considered the Second Joint Motion to Extend Time to Respond to Complaint entered into by and between Plaintiff Larry G. Philpot and Defendant Hive Media Group LLC ("Hive"), through their respective counsel of record, and the Court having approved of the Joint Motion for good cause shown,

**IT IS HEREBY ORDERED:**

The time for Hive to answer, move against, or otherwise respond to the Complaint is extended until April 2, 2021.

Dated: February 26, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court